IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JORDAN NATHANIEL MITCHELL,      )
                                )
              Plaintiff,        )
                                )
     v.                         )     1:23CV647
                                )
PATRICK L. AULD, et al.,        )
                                )
              Defendant(s).     )
```

**ORDER**

On August 7, 2023, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Objections were filed within the time limits prescribed by section 636. (Doc. 5.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which is accompanied by the applicable $402.00 filing fee.

                                          /s/   Thomas D. Schroeder
                                          United States District Judge

March 27, 2024